IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. BYRD,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent.<br>                                                / | No. C 07-0355 WHA (PR)<br><br>**ORDER REOPENING CASE, LIFTING STAY, AND GRANTING LEAVE TO AMEND** |

This is a habeas case filed pro se by a state prisoner. Petitioner's motion for a stay to exhaust additional issues was granted. He reports that he was completed exhaustion.

The clerk shall **REOPEN** the case. The stay is **LIFTED**. Petitioner shall file an amended petition containing all the issues he wishes to present within thirty days of the date this order is entered. Once the amended petition is on file it will be screened and, if necessary, a new scheduling order will be entered.

**IT IS SO ORDERED.**

Dated: October   15  , 2008.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\BYRD355.AMD.wpd