**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. BYRD, | No. C 07-0355 WHA (PR) |
|     Petitioner, | **ORDER EXTENDING TIME** |
|   v. | |
| ROBERT A. HOREL, Warden, | |
|     Respondent.                  / | |

     Petitioner's motion for an extension of time to file his traverse (document number 25 on the docket) is **GRANTED**. The traverse filed on June 24, 2009, is deemed timely.

     **IT IS SO ORDERED.**

Dated: July   30  , 2009.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\BYRD355.EXT-P.wpd